**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7828**

---

CHARLES WILLIAM EVANS,

Plaintiff - Appellant,

versus

NORTH CAROLINA DEPARTMENT OF CORRECTION,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Chief District Judge.  (CA-96-696-5-F)

---

Submitted:  March 13, 1997          Decided:  June 5, 1997

---

Before HALL, ERVIN, and WILKINS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Charles Evans, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Evans v. North Carolina Dep't of Correction</u>, No. CA-96-696-5-F (E.D.N.C. Nov. 12, 1996). We deny Appellant's motion to continue the case in light of his prison grievance and his request for this court to obtain certain records on his behalf. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2